UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :
UNITED STATES OF AMERICA                 :
                                         :    **ORDER**
        - v. -                           :
                                         :    16 Cr. 588
███████████████,                         :
                                         :
JD-1                 Defendant.          :
                                         :
---------------------------------------- X

   WHEREAS, with the consent of defendant ███████ ████████ █████, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on September 1, 2016,

   WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court, and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

   IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.                          SO ORDERED:

Dated: ~~November~~ *December 6*, 2016   /s/ Paul A. Crotty
       New York, New York            ─────────────────────────
                                     HON. PAUL A. CROTTY
                                     UNITED STATES DISTRICT JUDGE