UNDER SEAL

16 Cr. 588 (PAC)

PAUL A. CROTTY, United States District Judge:

IT IS HEREBY ORDERED that the caption in the referenced case is changed to *United States of America v. John Doe 1, John Doe 2*, so that the defendants can appeal the judgment.

SO ORDERED:

_____
PAUL A. CROTTY
United States District Judge

Dated May 23, 2018
New York, New York