The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
New York, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

March 7, 2022

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:   United States v. John Doe 1 and John Doe 2
                      Cr. Docket No. 16-588 (PAC)

Dear Judge Crotty:

     I represent John Doe 1 and Benjamin Silverman represents John Doe 2 with regard to their motions pursuant to 28 U.S.C. §2255 in the above-referenced matter. As the Court is aware, both defendants have moved twice to extend the reply due date so that an exhibit at the center of the motions can be translated from Spanish to English. The translation is still not complete but Mr. Silverman was told it will be ready by tomorrow, which is just one day shy of the present deadline. As a result of the further delay in the translation of the exhibit, both defendants hereby request an additional one-week extension of the reply deadline, until March 16, 2022.

                                          Respectfully submitted,

                                          James M. Branden

3/8/2022
An additional one-week extension is granted. SO ORDERED.

*Paul A. Crotty*